# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT T. AUSTIN, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:12-cv-01621-GMN-VCF |
| vs. ) | |
| ) | **ORDER** |
| UNITED STATES SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

On October 6, 2014, the Court dismissed Plaintiff's complaint without prejudice and granted leave of court to file an amended motion within sixty (60) days from the entry of the order on October 7, 2014. (Order, ECF No. 6) That deadline has now elapsed, and Plaintiff has failed to file an amended motion.

Accordingly,

**IT IS HEREBY ORDERED** that the case is dismissed with prejudice. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 16th day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court